

## COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 2-08-209-CV

IN THE INTEREST OF J.B.R., A CHILD

----------

FROM THE 322ND DISTRICT COURT OF TARRANT COUNTY

----------

## MEMORANDUM OPINION[1] AND JUDGMENT

----------

We have considered "Appellants' Motion To Dismiss Appeal." It is the court's opinion that the motion should be granted; therefore, we dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1), 43.2(f).

Costs of the appeal shall be paid by appellants, for which let execution issue. *See* TEX. R. APP. P. 43.4.

PER CURIAM

PANEL B: LIVINGSTON, WALKER, and MCCOY, JJ.

DELIVERED: June 5, 2008

---

[1] *See* TEX. R. APP. P. 47.4.